IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

EUGENE A. MATHEWS, JR.,

    Petitioner,

vs.

CIVIL ACTION NO.: CV212-204

SUZANNE R. HASTINGS,

    Respondent.

# ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Petitioner Eugene Mathews, Jr. ("Mathews"), makes blanket statements that the case law applicable to 28 U.S.C. § 2241 petitions does not apply in this case. Mathews alleges that he was unaware of the facts underlying his criminal prosecution, which were not discovered until November 21, 2012. Mathews also alleges that, had he been aware of these facts, a jury would not have convicted him.

Mathews' Objections are without merit and are **overruled**. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Respondent's Motion to Dismiss is **GRANTED**. Mathews' petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, is **DISMISSED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, 17 day of April, 2013.

LISA GODBEY WOOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA